UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| | ) | |
| PAUL RICHARD STEWART | ) | 20-30038-KLP |
| | ) | |
| Debtor | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that **W. R. Baldwin, III** and Meyer Baldwin Long & Moore LLP enter their appearance herein under Fed. R. Bankr. P. 2002 and 9010 and Local Rules 2002-1 and 9010-1, on behalf of **Donald R. Stewart**, party in interest herein, and requests under Fed. R. Bankr. P. 2002 and 9007, that all notices and other papers given or required or permitted to be given and/or served be served upon the undersigned counsel.

>Donald R. Stewart
>c/o W. R. Baldwin, III, Esq.
>Meyer Baldwin Long & Moore LLP
>5600 Grove Avenue
>Richmond, VA  23226
>
>Firm email:   billbaldwin@meyerbaldwin.com
>ECF Email:    billbaldwin@comcast.net

Dated: January 29, 2020                          DONALD R. STEWART


                                                 By:     /s/ W. R. Baldwin, III
                                                            Of Counsel

W. R. Baldwin, III (VSB #16988)
Meyer Baldwin Long & Moore LLP
5600 Grove Avenue
Richmond, VA  23226
Voice:  (804) 285-3338
Fax:    (804) 285-7779
Counsel for Donald R. Stewart
Firm email:  billbaldwin@meyerbaldwin.com
ECF Email:  billbaldwin@comcast.net

## **CERTIFICATE OF SERVICE**

I certify on January 29, 2019 a true copy of the foregoing pleading was served via CM/ECF on Suzanne E. Wade, Chapter 13 Trustee, and Patrick Thomas Keith, Counsel for Debtor and other parties in interest at their email addresses registered with this Court and that a true copy was mailed via first class mail, postage prepaid, to the persons indicated below.

/s/ W. R. Baldwin, III

Persons Receiving Mailed Notice:

None