**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

In re Paul Richard Stewart                                                                                    Case No. 20-30038-KLP
Debtor                                                                                                                       Chapter 13

## AMENDMENT COVER SHEET

Amendments(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

    ____ Involuntary/Voluntary Petition *[Specify reason for amendment:_____ ]*
    *Check if applicable:* ___ Soc. Sec. No. amended. [***If applicable***: **An original, signed Official Form 121 was mailed/hand-delivered to the Clerk's Office on_____.***]
    ____ Summary of Your Assets and Liabilities (and Certain Statistical Information - Individuals Only)
    ____ Declaration (Individuals - Form 106Dec) (Non-Individuals - Form 202)
    ____ Schedule A/B – Property
    ____ Schedule C – The Property You Claim as Exempt
    ____ Schedule D – Creditors Who Hold Claims Secured by Property (See LBR 1009-1)
    ____ Schedule E/F Creditors Who Have Unsecured Claims (See LBR 1009-1)
    (***$31.00 fee required*** *if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.*) <u>Check applicable statement(s)</u>:
        ____ **Creditor(s) added**   ___ **Creditor(s) deleted**
        ____ **Change in amounts owed or classification of debt**
        ____ **No pre-petition creditors added/deleted, or amounts owed or classification of debt changed.** [Docket: **Amended Schedules(s) and/or Statement(s), List(s) – NO FEE)**
        ____ **Post-petition creditors added (Schedule of Unpaid Debts)**
    **REMINDER: <u>Conversion of Chapter 13 to Chapter 7</u> – only file Schedule of Unpaid Debts.**
    ____ Schedule G – Executory Contracts and Unexpired Leases
    ____ Schedule H – Your Codebtors
    ____ Schedule I – Your Income
    ____ Schedule J – Your Expenses

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors.**
**\*Amendment of debtor(s) Social Security Number requires this cover sheet together with a completed Official Form 121 - Statement of Social Security Number(s) be electronically filed or submitted to the Clerk's Office for 'restricted" entry of the amended Social Security Number into the case record.]**

    ____ Statement of Financial Affairs
    ____ Statement of Intention for Individuals Filing Under Chapter 7
    ____ Chapter 11 List of Equity Security Holders
    ____ Chapter 11: The List of Creditors Who Have the 20 Largest Unsecured Claims Against You Who Are Not Insiders
    ____ Attorney's Disclosure of Compensation
    _X_ Other: <u>Form 122C-1 & Form 122C-2</u>

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the Trustee in this case, and to any and all entities affected by the amendment as follows: <u>N/A</u>

Date: <u>6/22/2020</u>                                                                                    /s/ Amanda E. DeBerry
                                                                                                                         Attorney for Debtor

| | | |
|---|---|---|
| Laura Taylor Alridge (VSB #42549) | Lorin D. Hay (VSB #16921) | Boleman Law Firm, P.C. |
| Christopher M. Baker (VSB #78259) | Patrick T. Keith (VSB #48446) | P. O. Box 11588 |
| Jonathan L. Berry (VSB #92103) | Emily Connor Kennedy (VSB #83889) | Richmond, VA 23230-1588 |
| John R. Bollinger (VSB #46672) | Mark C. Leffler (VSB #40712) | Telephone (804) 358-9900 |
| Veronica D. Brown-Moseley (VSB #87348) | Kathryne Mary Rose Shaw (VSB #89561) | Counsel for Debtor |
| Amanda E. DeBerry (VSB #83805) | Daniel J. Webster(VSB #925 93 | |
| Christopher J. Flynn (VSB #89165) | Jamie L. Winbury (VSB #93856) | |
| Callyn M. Gibson (VSB #93516) | | |
| Matthew R. Hahne (VSB #68213) | | |